Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

_____Lynchburg_____ Division

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

**MAR 2 4 2020**

JULIA C. DUDLEY, CLERK
BY _____
DEPUTY CLERK

|  |  |  |
|---|---|---|
| Michael Crawford Keenan | ) | Case No. 6:20CV00015 |
|  | ) | *(to be filled in by the Clerk's Office)* |
|  | ) |  |
| *Plaintiff(s)* | ) |  |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | Jury Trial: *(check one)* ☐ Yes ☑ No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |  |
| *please write "see attached" in the space and attach an additional* | ) |  |
| *page with the full list of names.)* | ) |  |
| -v- | ) |  |
| Ralph Northam, Governor | ) |  |
|  | ) |  |
|  | ) |  |
| *Defendant(s)* | ) |  |
| *(Write the full name of each defendant who is being sued. If the* | ) |  |
| *names of all the defendants cannot fit in the space above, please* | ) |  |
| *write "see attached" in the space and attach an additional page* | ) |  |
| *with the full list of names.)* | ) |  |

# COMPLAINT FOR A CIVIL CASE

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Michael Crawford Keenan |
| Street Address | 1524 Cuddington Lane |
| City and County | Forest, Bedford County |
| State and Zip Code | Virginia 24551 |
| Telephone Number | 4342393366 |
| E-mail Address | mckeenan@shentel.net |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

      Name                         Ralph Northam

      Job or Title *(if known)*     Governor of the Commonwealth of Virginia

      Street Address            1111 East Broad Street

      City and County        Richmond

      State and Zip Code     Virginia 23219

      Telephone Number

      E-mail Address *(if known)*

Defendant No. 2

      Name

      Job or Title *(if known)*

      Street Address

      City and County

      State and Zip Code

      Telephone Number

      E-mail Address *(if known)*

Defendant No. 3

      Name

      Job or Title *(if known)*

      Street Address

      City and County

      State and Zip Code

      Telephone Number

      E-mail Address *(if known)*

Defendant No. 4

      Name

      Job or Title *(if known)*

      Street Address

      City and County

      State and Zip Code

      Telephone Number

      E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
First Amendment, Right of Assembly

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

a.   If the plaintiff is an individual
The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.   If the plaintiff is a corporation
The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual
The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

        b.     If the defendant is a corporation

             The defendant, *(name)* _____, is incorporated under

             the laws of the State of *(name)* _____, and has its

             principal place of business in the State of *(name)* _____.

             Or is incorporated under the laws of *(foreign nation)* _____,

             and has its principal place of business in *(name)* _____.

        *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.     The Amount in Controversy

        The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   Statement of Claim

    Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    On March 24, 2020, the governor issued Executive Order Number Fifty-Three. He threatens citizens with criminal charges and incarceration if they fail to abide by the restrictions on assembly promulgated by him. This Order means that families of greater than 10 members cannot gather under the same roof. My extended family is greater than 10 people. The Order also restricts educational, employment and religious meetings, among other meetings. The virus as of yet is not a statistically significant event. In a population of 8.5 million, fewer than 10 have passed aways and most of those were medically vulnerable.

## IV.   Relief

    State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

    The court should determine that the Order violates the constitution. It is poorly constructed and significantly overreaches. Violation of the Order is grounds for incarceration. The economic consequences alone are enormous. The toll on mental health and social institutions has yet to be determined. The Order does not balance the risks of the virus with the damage to the Commonwealth. By analogy, the Order may be the equivalent of amputating a foot to treat an ingrown toenail.

## V.        Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.        For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        March 24, 2020

Signature of Plaintiff

Printed Name of Plaintiff        Michael Crawford Keenan

### B.        For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address